Ole K. NILSSEN, Plaintiff,

and

Geo Foundation, Ltd., Plaintiff–Appellant,

v.

WAL–MART STORES, INC., Defendant–Appellee,

and

Costco Wholesale Corp., Defendant–Appellee,

and

Menard, Inc., Ace Hardware Corp., Truserv Corporation, and Home Depot, Inc., Defendants,

and

Lowe's Home Centers, Inc., Defendant–Appellee,

and

IKEA Illinois, LLC, Defendant–Appellee.

No. 2010–1139.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2011.

Leland W. Hutchinson, Jr., Freeborn & Peters, LLP, of Chicago, IL, argued for plaintiff-appellant. With him on the brief was Jonathan Hill.

Anthony J. Fitzpatrick, Duane Morris, LLP, of Boston, MA, argued for all defendants-appellees. With him on the brief was Christopher S. Kroon for Costco Wholesale Corporation. Also on the brief

were Gary W. Smith, Posternak Blankstein & Lund, LLP, of Boston, MA, for Wal–Mart Stores, Inc.; Kimball R. Anderson, and Kathleen B. Barry, Winston & Strawn, LLP, of Chicago, IL, for Lowe's Home Centers, Inc., and Bureden J. Warren, McDermott Will & Emery, LLP, of Washington, DC, for IKEA, Illinois, LLC. Of counsel was Margaret M. Duncan, for IKEA, Illinois, LLC.

LOURIE, LINN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**